# *Memorandum*
8:24-cr-00059-DOC





| | |
|---|---|
| Subject:<br>United States v. MARK MENG | Date:<br>May 21, 2024 |
| To:<br>**BRIAN KARTH**<br>Clerk, United States District Court<br>Central District of California | From:<br>LAURA A. ALEXANDER<br>Assistant United States Attorney<br>Criminal Division |

The above-referenced matter, being filed on May 21, 2024,

- Relates to (1) a matter that was pending in the USAO on or before January 13, 2023, the date the Honorable Stephanie S. Christensen resigned from her position as the First Assistant United States Attorney for the Central District of California.

_____
LAURA A. ALEXANDER
Assistant United States Attorney